Index # **15 CV 01184**

Attorney(s):

Purchased/Filed: **February 19, 2015**

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York U. S. District Court Southern Dist. County

Mount Vernon Fire Insurance Company

Plaintiff

against

Star Wars Technology Systems et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 44 Yrs.

Weight: 125 Lbs. Height: 5' 1" Sex: Female Color of skin: Brown

Hair color: Black Other:

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on March 2, 2015, at 11:02 AM, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served

**Summons In a Civil Action & Complaint**

on **Sl Green Operating Partnership L.P.**, the Defendant in this action, by delivering to and leaving with Candace Watson-Cottle, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section PARTNERSHIP LAW §121-109(A) (LP'S) .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

2nd day of March 2015

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Kyle Warner

**Invoice-Work Order #** 1504060

11327

State of New York - Department of State
Receipt for Service

Receipt #: 201503100036
Date of Service: 03/02/2015
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 201503100021
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT

Party Served: SL GREEN OPERATING PARTNERSHIP, L.P.

Plaintiff/Petitioner:
MOUNT VERNON FIRE INSURANCE COMPANY

Service of Process Address:
C/O NATIONAL REGISTERED AGENTS, INC.
111 EIGHTH AVENUE
NEW YORK, NY 10011

Secretary of State
By CANDACE WATSON-COTTLE