USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2016

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

MOUNT VERNON FIRE INSURANCE
COMPANY,

                Plaintiff,

                15 CIV 1184 (KBF)

-against-

**DEFAULT JUDGMENT**

STAR WARS TECHNOLOGY SYSTEMS, et al.,
                Defendants.

------------------------------------------------------------X

Whereas as of March 1, 2016, Mount Vernon Fire Insurance Company ("Mount Vernon") having entered a stipulation of settlement and partial discontinuance with respect to all defendants in this action other than Star Wars Technology Systems ("Star Wars"); on April 6, 2016, this Court having issued an Order directing Star Wars to show cause why default judgment should not be entered against it and scheduled a hearing for May 4, 2016; Star Wars having failed to appear at the May 4, 2016 hearing and not otherwise sought to defend itself at any point during this action, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on May 10, 2016 having issued its Memorandum Decision and Order granting Plaintiff Mount Vernon Fire Insurance Company's motion for default judgment in all respects, ordering that plaintiff Mount Vernon Fine Insurance Company is not required to defend or indemnify defendant Star Wars Technology Systems in the action captioned <u>Mercedes T. Guillen, as Administrator of the Estate of Elias Guillen, Deceased, and Mercedes T. Guillen, Individually v. 100 Church Street Owner, LLC</u> ("Guillen"), bearing index number 162612/2014, in the New York State Supreme Court, New York Court, and directing the Clerk of Court to enter judgment in accordance with the rulings set forth in the Memorandum Decision and Order, and to terminate this action, it is,

**ORDERED, ADJUDGED, AND DECREED,** That pursuant to the Court's

Memorandum Decision and Order dated May 10, 2016, Plaintiff Mount Vernon Fire Insurance Company's motion for a default judgment is granted in all respects; the Court orders that plaintiff Mount Vernon Fire Insurance Company is not required to defend or indemnify defendant Star Wars Technology Systems in the action captioned <u>Mercedes T. Guillen, as Administrator of the Estate of Elias Guillen, Deceased, and Mercedes T. Guillen, Individually v. 100 Church Street Owner, LLC</u> ("<u>Guillen</u>"), bearing index number 162612/2014, in the New York State Supreme Court, New York Court; accordingly, this action is terminated.

**DATED** : New York, New York
   May 13, 2016

        **RUBY J. KRAJICK**
        **Clerk of Court**

**By:** _____
        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____